IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>3:08-CV-1309</u>
2. Style of case: <u>GUADALUPE HERRERA V. MARY KAY INC.</u>
3. Nature of suit: <u>Employment</u>
4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: <u>10/14/2009</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR

    ☐ Settled as a result of ADR.             **XX Parties were unable to reach settlement.**
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $<u>$1350.00</u>
8. Duration of ADR: <u>Half Day</u>  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator            Peggy Moore, Esq. - Plaintiff
    Guadalupe Herrera - Plaintiff           Rodolfo Rodriguez, Jr., Esq.-Defendant
    Gabriel Robles, Esq.-Plaintiff          Francisco Gamboa - Plaintiff's Spouse
    Jim Riekse - Mary Kay Inc.
    Julia Simon - Mary Kay Inc.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                         October 14, 2009
Signature                                   Date

<u>3131 McKinney Avenue, Suite 125, Dallas, Texas  75204</u>   <u>(214)303-4500</u>
Address                                     Telephone

**Gabriel Robles, Esq.**
The Robles Law Firm
8624 King George Drive
Suite 234
Dallas, TX  75235
(214) 361-2411
(214) 361-7074

**Peggy J. Moore, Esq.**
Law Office of Peggy J Moore
2904 Corporate Circle
Suite 201
Flower Mound , TX 75028
(214) 336-6942
(972)/350-8543

**Rodolfo Rodriguez, Jr., Esq.**
Gruber Hurst Johansen & Hail, LLP
1445 Ross Avenue
Suite 2500
Dallas, TX  75202-2711
(214) 855-6800
(214) 855-6808