## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **GUADALUPE HERRERA.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No. 3-08-CV-1309-N** |
| | § | |
| **MARY KAY INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In the Settlement Agreement executed by and between Plaintiff Guadalupe Herrera and Defendant Mary Kay Inc., Plaintiff agreed to dismiss her claims against Defendant with prejudice. Therefore, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), all parties who have appeared stipulate that Plaintiff's claims against Defendant are hereby dismissed with prejudice**.**

Respectfully submitted,

/s/ Gabriel H. Robles
Gabriel H. Robles
   Texas Bar No. 17118100

**THE ROBLES LAW FIRM**
8625 King George Dr., Suite 234
Dallas, Texas 75235
(214) 361 2411
(214) 361 7074 (FAX)

**Peggy J Moore**
   Texas Bar No. 16182825

**LAW OFFICE OF PEGGY J MOORE**
2904 Corporate Circle
Suite 201
Flower Mound , TX 75028
(214) 336-6942
(972) 350-8543 (FAX)

**ATTORNEYS FOR PLAINTIFF**

/s/ Rodolfo Rodriguez
Rodolfo Rodríguez, Jr.
   Texas Bar No. 17148480
Michael K. Hurst
   Texas Bar No. 10316310
Bridget A. Blinn
   Texas Bar No. 24045510
John L. Turner, Jr.
   Texas Bar No. 24051591

**GRUBER   HURST   JOHANSEN   &
HAIL, LLP**
Fountain Place
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214-855-6800
Facsimile: 214-855-6808

**ATTORNEYS FOR DEFENDANT**